AMS, CLOSED

**U.S. District Court**
**Southern District of Florida (Miami)**
**CIVIL DOCKET FOR CASE #: 1:07-cv-21928-PCH**

Sanchez v. Davol, Inc. et al
Assigned to: Judge Paul C. Huck
Cause: 28:1391 Personal Injury

Date Filed: 07/26/2007
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Antonio Sanchez**

represented by **Alejandro Alvarez**
355 Palermo Avenue
Coral Gables, FL 33134
305-444-7675
Fax: 444-0075
Email: alex@floridatrialteam.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**
*a Rhode Island corporation for profit*

represented by **Anthony Peter Strasius**
Wilson Elser Moskowitz Edelman & Dicker
100 SE 2nd Street
Suite 3800
Miami, FL 33131
305-374-4400
Fax: 579-0261
Email: anthony.strasius@wilsonelser.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.**
*a New Jersey corporation for profit*

represented by **Anthony Peter Strasius**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/26/2007 | 1 | COMPLAINT against Davol, Inc., C.R. Bard, Inc. Filing fee $ 350. Receipt#: 963883, filed by Antonio Sanchez.(ail) (Entered: 07/27/2007) |
| | | |

| | | |
|---|---|---|
| 07/26/2007 | 2 | Summons Issued as to Davol, Inc., C.R. Bard, Inc.. (ail) (Entered: 07/27/2007) |
| 08/13/2007 | 3 | SUMMONS Returned Executed Davol, Inc. served on 8/1/2007, (bs) (Entered: 08/13/2007) |
| 08/15/2007 | 4 | Administrative Order CLOSING CASE. Signed by Judge Paul C. Huck on 8/14/07.(lk) (Entered: 08/15/2007) |
| 08/27/2007 | 5 | ANSWER to Complaint with Jury Demand by Davol, Inc., C.R. Bard, Inc..(Strasius, Anthony) (Entered: 08/27/2007) |
| 08/27/2007 | 6 | NOTICE by Davol, Inc., C.R. Bard, Inc. *Corporate Disclosure Statement* (Strasius, Anthony) (Entered: 08/27/2007) |
| 08/30/2007 | 7 | SUMMONS Returned Executed by Antonio Sanchez. C.R. Bard, Inc. served on 8/6/2007, answer due 8/27/2007. (lk) (Entered: 08/31/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/12/2007 11:02:06 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-21928-PCH |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |